■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUELL BASS, Appellant.—Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered December 12, 1989, convicting defendant after a jury trial of criminal possession of stolen property in the fourth degree, and sentencing him, as a predicate felon, to an indeterminate prison term of from 2 to 4 years, unanimously affirmed.

Defendant argues that the hearing court improperly denied his *Mapp* motion, and erred in finding that there was probable cause to justify the arresting officer's seizure of complainant's wallet from defendant's person. The hearing evidence demonstrated that plainclothed anti-crime police officers observed defendant's accomplice divert the attention of the complainant, who was placing a call at a telephone booth, while the defendant removed a wallet from a ledge beneath the telephone. Once in possession of the wallet, the defendant and his accomplice walked to a nearby corner where they stood and began looking through the contents of the wallet. These facts would lead a reasonable person possessing the same expertise as the arresting officer to conclude that an offense had been committed *(Brinegar v United States,* 338 US 160, *reh denied* 338 US 839), justifying denial of defendant's motion to suppress. Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Rubin, JJ.